# ELECTRONIC RECORD

COA #   02-13-00610-CR          OFFENSE:   2

STYLE:   Rhonald Martinez a/k/a Ronald Martinez v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   AFFIRM          TRIAL COURT:   297th District Court

DATE: 01/29/15          Publish: NO   TC CASE #:   1253416D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Rhonald Martinez a/k/a Ronald Martinez v. The State of Texas          CCA #:   **237-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE:   05/13/2015          SIGNED: _____   PC: _____

JUDGE:   _____          PUBLISH: _____   DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**